UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TINA EASA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>NORCO, INC., an Idaho Corporation, and DOES 1-20, inclusive,<br><br>                    Defendants. | No. 2:25-cv-02028-RSM<br><br>STIPULATED MOTION TO STAY PENDING APPEAL AND ORDER |

Plaintiff Tina Esa and Defendant NORCO, Inc., jointly move the Court for an order staying all further proceedings in this Court until the Ninth Circuit issues its mandate on Defendant's appeal. In support of this Stipulated Motion, the parties hereby stipulate and agree as follows:

1.      Plaintiff filed a Class Action Complaint ("Complaint") in King County Superior Court, Case No. 25-2-26626-5 SEA, against Defendant on September 12, 2025.

2.      On October 17, 2025, Defendant timely removed the Complaint to this Court. Dkt. # 1.

3.      On January 9, 2026, Defendant filed a Motion to Compel Individual Arbitration and Dismiss Class Allegations (the "Motion"). Dkt. # 9.

STIPULATED MOTION TO STAY PENDING APPEAL
AND ORDER - 1

4.      On May 27, 2026, the Court entered an order establishing initial scheduling dates in this case, setting the deadline for the parties' FRCP 26(f) Conference as June 24, 2026, Initial Disclosures pursuant to FRCP 26(a)(1) as July 1, 2026, and the Combined Joint Status Report and Discovery Plan as July 8, 2026. Dkt. # 15.

5.      On June 2, 2026, this Court entered an order denying Defendant's Motion (the "Order"). Dkt. # 16.

6.      On June 23, 2026, Defendant filed a Notice of Appeal of the Court's Order denying the Motion, appealing the Order to the United States Court of Appeals for the Ninth Circuit.

7.      The United States Supreme Court held in *Coinbase, Inc. v. Bielski*, 599 U.S. 736 (2023), that a district court "must" stay proceedings pending an appeal from an order denying a motion to compel arbitration, *id*. at 740 ("The sole question before this Court is whether a district court must stay its proceedings while the interlocutory appeal on arbitrability is ongoing. The answer is yes.").

8.      On June 23, 2026, Defendant's counsel emailed Plaintiff's counsel to ask if Plaintiff would be willing to agree to a stipulated request for a stay of these proceedings under *Coinbase*.  Plaintiff's counsel agreed to a stipulated request to stay this action pending appeal.

9.      The parties further agreed that the initial scheduling dates in the Court's May 26 order (Dkt. # 17), including the deadline for the parties' Rule 26(f) Conference, should be stayed under *Coinbase*.

10.     Therefore, the parties jointly move for an order staying all further proceedings in this Court from the date Defendant filed the Notice of Appeal until the Ninth Circuit issues its mandate on the appeal, including all initial scheduling dates in the Court's May 27 order (Dkt. # 15).

STIPULATED AND AGREED this 25th  day of June, 2026.

STIPULATED MOTION TO STAY PENDING APPEAL
AND ORDER - 2

CROSNER LEGAL, P.C.

By: */s/ Raymond Wendell*
    Raymond Wendell, WSBA # 64151
    Jamie K. Serb, WSBA No. #62065
    Zachary M. Crosner, WSBA #61644

    92 Lenora Street, #179
    Seattle, WA 98121
    Telephone: (866) 276-7637
    Facsimile: (310) 510-6429
    rwendell@crosnerlegal.com
    jamie@crosnerlegal.com
    zach@crosnerlegal.com

*Attorneys for Plaintiff Tina Easa*

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Patrick M. Madden*
    Patrick M. Madden, WSBA No. # 21356

    */s/ Ai-Li Chiong-Martinson*
    Ai-Li Chiong-Martinson, WSBA # 53359

    1420 5th Avenue, Suite 1400
    Seattle, WA 98101
    (206) 288-0110
    Patrick.madden@arnoldporter.com
    Ai-li.chiong-martinson@arnoldporter.com

*Attorneys for Defendant*
*NORCO, Inc.*

STIPULATED MOTION TO STAY PENDING APPEAL
AND ORDER - 3

## **ORDER**

Given the above, the Court hereby FINDS and ORDERS that all further proceedings in this case are STAYED until the Ninth Circuit issues its mandate on the appeal as stated above.

Dated this 26th day of June, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION TO STAY PENDING APPEAL
AND ORDER - 4